**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

__Joyce PARKS_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__New York City Police Department__

__Prestige Management Inc__

__Madison Security Group, Inc__

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes   ☐ No
(check one)

__16__ Civ. __2072__ (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/16

2016 MAY 19 PM 1:42
S.D. OF N.Y.
RECEIVED
SDNY PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name __Joyce PARKS_____
              ID# __N/A_____
              Current Institution __N/A_____
              Address __101 West 147th Street, Apt 4G__
              __New York, N.Y. 10039__

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __Detective Heriberto Vazquez__ Shield # __Unknown__
                  Where Currently Employed __New York City Police Dept__
                  Address __250 West 135th Street__
                  __New York, N.Y. 10030__

*Rev. 01/2010*                                     1

| | | | |
|---|---|---|---|
| Defendant No. 2 | Name Detective Rivera | Shield # (female) unknown |
| | Where Currently Employed New York City Police Dept | |
| | Address 250 West 135th street | |
| | New York NY 10030 | |

Defendant No. 3    Name Detective John Doe    Shield # UNKNOWN
Where Currently Employed New York City Police Dept
Address 250 West 135th Street
New York NY 100

[Who did what?]

Defendant No. 4    Name Robert James    Shield # N/A
Where Currently Employed Madison Security Group
Address 2931 Westchester Avenue
Bronx, NY 10461

Defendant No. 5    Name Orlando Osorio    Shield # N/A
Where Currently Employed Preshge Management
Address 1200 Zerega Avenue
Bronx, New York 10462

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
This event occurred at the Plaintiff's Residence

B.   Where in the institution did the events giving rise to your claim(s) occur?
Plaintiff's Residence

C.   What date and approximate time did the events giving rise to your claim(s) occur?
This event occurred on February 24, 2016 at approximately 6 pm.

[What happened to you?]

D.   Facts: On the date and time listed in Section II, the above defendants entered the Plaintiff's apartment (trepassed) and conducted a unlawful search of the plaintiff's Residence without

Rev. 01/2010                                2

a search warrant, thereby violating defendants Fourth Amendment rights. Defendants No. 4 and No. 5 although private parties/entity engaged in joint activity with the police department by unsecuring Plaintiff's secured apartment, thereby allowing the police department access to Plaintiff's residence. Defendants No 4 and 5 also engaged in State actions by breaking and entering into residence of Plaintiff with authorization. Defendant No. 4 and No 5 acted in conjunction with the Police Department in order to violate Plaintiff's Fourth Amendment Rights. All Defendants listed in this case, trespassed (illegally) into Plaintiff's Residence without a search warrant.

*Was anyone else involved?*

*Who else saw what happened?*

### III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Plaintiff suffered emotional duress. The Defendants abused their power thereby causing Plaintiff to feel less than and violated by Defendants. Mental abuse as well as emotional abuse were the injuries sustained. All Defendants in this case are guilty of violating Plaintiff's Constitutional Rights.

### IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ___   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____      N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?      N/A

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____      N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?      N/A

1. Which claim(s) in this complaint did you grieve?

N/A

2. What was the result, if any?

N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

*Rev. 01/2010*                                4

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff is asking the courts to order Defendant No. 5 (Prestige management) to relocate Plaintiff from her current residence. Plaintiff is asking Defendants No. I, No II, No III to replace Plaintiff front door until she can be relocated. Plaintiff is asking for monetary compensation for emotional duress. Plaintiff's Fourth Amendment Right to be free/secure in her residence was violated. Monetary compensation requested in order to relocate. Punitive damages are also being requested from all defendants.

Rev. 01/2010

*Monetary compensation is requested from all defendants in this case Plaintiff is asking Courts to order all of the Defendants to financially compensate Plaintiff with relocating from her Current Residence*

**VI.    Previous lawsuits:**

<table>
<tr><td>On these claims</td></tr>
</table>

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   _____ 3.  Docket or Index number _____
   _____ 4.  Name of Judge assigned to your case _____
          5.  Approximate date of filing lawsuit _____
          6.  Is the case still pending? Yes _____ No _____
              If NO, give the approximate date of disposition _____
          7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<table>
<tr><td>On other claims</td></tr>
</table>

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____     N/A

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____ N/A _____
   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____

   _____ 3.   Docket or Index number _____
   _____ 4.   Name of Judge assigned to your case _____
          5.   Approximate date of filing lawsuit _____

*Rev. 01/2010*                                 6

6. Is the case still pending? Yes ____ No _X_    N/A
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _19_ day of __May__, 20_16_

Signature of Plaintiff     _T. Parks_
Inmate Number             _____
Institution Address       _101 West 147th #4G_
Plaintiff address         _NYC, NY 10039_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _19_ day of __May__, 20_16_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _T. Parks_

*Rev. 01/2010*                    7